**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FREEDOM DEFENSE INITIATIVE; PAMELA GELLER; and ROBERT SPENCER,<br><br>  Plaintiffs,<br><br>  v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al.,<br><br>  Defendants. | Civil Action No.  1:15-cv-01038-JDB |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs American Freedom Defense Initiative, Pamela Geller and Robert Spencer hereby dismiss this action with prejudice.  Defendants Washington Metropolitan Area Transit Authority (WMATA) and Paul J. Wiedefeld, General Manager for WMATA,[1] stipulate to the dismissal.

Respectfully submitted,

AMERICAN FREEDOM LAW CENTER

/s/ *David Yerushalmi*
David Yerushalmi, Esq. (DC Bar No. 978179)
2020 Pennsylvania Avenue NW, Suite 189
Washington, D.C. 20006
dyerushalmi@americanfreedomlawcenter.org
Tel: (646) 262-0500; Fax: (801) 760-3901

/s/ *Robert J. Muise*
Robert J. Muise, Esq. (D.C. Court Bar No. MI 0052)
P.O. Box 131098
Ann Arbor, Michigan 48113
rmuise@americanfreedomlawcenter.org
Tel: (734) 635-3756

---

[1] Jack Requa is no longer WMATA's general manager, and Paul Wiedefeld, the new general manager, took his place as a defendant.

*Counsel for Plaintiffs*

AKIN GUMP STRAUSS HAUER & FELD, LLP

<u>*/s/ Caroline L. Wolverton*</u>
Anthony T. Pierce (D.C. Bar No. 415263)
Caroline L. Wolverton (D.C. Bar No. 496433)
Robert S. Strauss Tower
2001 K Street, NW
Washington, DC 20006
(202) 887-4107 (telephone)
(202) 887-4288 (facsimile)
Email: apierce@akingump.com

Rex S. Heinke (pro hac vice)
Jessica M. Weisel (pro hac vice)
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067
(301) 229-1000 (telephone)
(301) 229-1001 (facsimile)
Email: rheinke@akingump.com

*Counsel for Defendants*